**Order entered March 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01318-CV

### JOHN TATUM, ET AL., Appellants

### V.

### JULIE HERSH, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04185**

## ORDER

We **GRANT** appellee's March 11, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by April 8, 2015. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE